```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED D. RENFRO
    Special Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
 5
 6
                IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                       EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,      )   Case No. 1:11-CR-00005-LJO
10                                 )
              Plaintiff,           )
11                                 )   ORDER WITHDRAWING WRIT OF
         v.                        )   HABEAS CORPUS
12                                 )
    JUAN AREOLA-LOPEZ,             )
13                                 )
              Defendant.           )
14                                 )
    _____ )
15
16       Per the UNITED STATES' motion, IT IS HEREBY ORDERED that the WRIT
17  OF HABEAS CORPUS for JUAN AREOLA-LOPEZ is withdrawn.
18  IT IS SO ORDERED.
19  Dated:   October 5, 2011            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE
20
```